UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 26502 RUETHER AVENUE, L.P., <br> Plaintiff, <br> v. <br> MIKAYEL MKRYAN, et al., <br> Defendants. | Case No. CV 18-4724 JAK (SSx) <br><br> ORDER SUMMARILY REMANDING <br><br> IMPROPERLY-REMOVED ACTION <br><br> **JS-6** |

The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

On May 29, 2018, Defendant Mikayel Mkryan, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and presented an application to proceed in forma pauperis. The Court has denied the IFP application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) Plaintiff's Ex Parte Application to Remand Case (Dkt. No. 6) be GRANTED; (2) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 9425 Penfield Avenue, Chatsworth, California 91311, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (3) the Clerk send a certified copy of this Order to the state court; and (4) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: June 8, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE